UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MALIK SALADIAN GREEN,

    Defendant.

_____/

Case No. 1:18-cr-140-5

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on February 19, 2019 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 208) is approved and adopted as the opinion of the Court, with the exception of the recommendation to accept the written plea agreement at, or before, the time of sentencing.[1]

2. Defendant's pleas of guilty are accepted and defendant is adjudicated guilty of the charges set forth in Counts One, Two and Seven of the Fourth Superseding Indictment.

Dated: March 6, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge

---

[1] Since there is no written plea agreement in this matter, the recommendation to accept the written plea agreement at, or before, the time of sentencing is rejected as moot.